IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LELA WALTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0536-CV-W-GAF |
| ) | |
| CLARION MORTGAGE CAPITAL, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to a telephone conference with the parties on this date, it is

ORDERED that the final pretrial conference is continued to December 4, 2009, at 2:00 p.m., via telephone conference to be initiated by Plaintiff's counsel, and the jury trial is continued to January 4, 2010, at 9:00 a.m.

                                            s/ Gary A. Fenner
                                            Gary A. Fenner, Judge
                                            United States District Court

DATED: July 30, 2009