IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| LELA WALTER, | ) | |
| | ) | |
| Plaintiff, | ) | Date: 1/04/10 |
| | ) | |
| vs. | ) | Case No. 08-0536-CV-W-GAF |
| | ) | |
| CLARION MORTGAGE CAPITAL, INC., | ) | Day One |
| | ) | |
| Defendant. | ) | |

MINUTES OF CIVIL JURY TRIAL

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
=======================================================================
Nature of Proceeding: Civil Jury Trial
Time Commenced: 8:30 a.m.                                  Time Terminated: 5:10 p.m.
Plaintiff by: Paul K. Hentzen                              Defendant by: Steven Aaron
                                                                         Rebecca Yocum
                                                                         Joshua Ellwanger
                                                                         Dan Spencer

| **Remarks:** | **Witness:** |
|---|---|
| Court in session at 8:30 a.m. Counsel and parties present. Court holds pretrial conference. Court in recess at 9:00 a.m. Court in session at 9:20 a.m. Counsel and parties present. Panel of 28 prospective jurors seated. Jury is sworn. Court begins voir dire at 9:30 a.m. Court in recess at 10:20 a.m. Court in session at 10:41 a.m. Counsel and defendant present. Court continues voir dire. Plaintiff begins voir dire at 11:27 a.m. Steven Aaron for Defendant Clarion begins voir dire at 11:30 a.m. Rebecca Yocum for Defendant Gunja begins voir dire at 11:37 a.m. Panel released for lunch at 11:42 a.m. Court takes up strikes for cause. Court in recess at 11:56 a.m. Court in session at 1:01 p.m. Counsel and parties present. Panel returns to the courtroom. Court reads the names of the selected jurors. Remaining panel is released. Jury is sworn. Court reads preliminary instructions. Plaintiff begins opening statement at 1:16 p.m. Steven Aaron for Defendant Clarion begins opening statement at 1:47 p.m. Rebecca Yocum for Defendant Gunja begins opening statement at 2:08 p.m. Court in recess at 2:18 p.m. Court in session at 2:45 p.m. Counsel and parties present. Jury returns to the courtroom. Plaintiff calls Timothy DeBoest. Witness sworn. Direct 2:46 p.m. Jury released for the day at 4:56 p.m. Court in recess at 5:10 p.m. | Timothy DeBoest 2:46 p.m. - 4:56 p.m. |

Court Reporter: Kathy Calvert                       By: Tracy Diefenbach, Courtroom Deputy