IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| LELA WALTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0536-CV-W-GAF |
| | ) | |
| CLARION MORTGAGE CAPITAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

VERDICTS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LELA WALTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0536-CV-W-GAF |
| | ) | |
| CLARION MORTGAGE CAPITAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM A

*Note: Please complete Question Nos. 1 and 2 by writing in the names required by your verdict.*

1. On the claim of plaintiff Lela Walter against defendant the Estate of D. Michael Phelps, Sr. for violation of the Real Estate Settlement Procedures Act, we find in favor of:

   __Walter_____     OR     _____
   Plaintiff Lela Walter                                              Defendant the Estate of D. Michael Phelps, Sr.

2. On the claim of plaintiff Lela Walter against defendant Clarion Mortgage Capital, Inc. for violation of the Real Estate Settlement Procedures Act, we find in favor of:

   _____     OR     __Clarion Mortgage_____
   Plaintiff Lela Walter                                              Defendant Clarion Mortgage Capital, Inc.

*Note: Complete Question No. 3 only if you find in favor of plaintiff Lela Walter on Question Nos. 1 and/or 2.*

3.  For the violation of the Real Estate Settlement Procedures Act, we find plaintiff Lela Walter's damages to be:

    $ _40,500_ .

DATED: _1/8/2010_   _W. McCullough_
                    Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LELA WALTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0536-CV-W-GAF |
| ) | |
| CLARION MORTGAGE CAPITAL, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM B

*Note: Complete Question Nos. 1, 4, and 7 by writing in the names required by your verdict. If applicable, complete Question Nos. 2, 5, and 8 by writing in an amount of money. Lastly, if applicable, complete Question Nos. 3, 6, and 9 by checking "yes" or "no".*

1. On the claim of plaintiff Lela Walter against defendant the Estate of D. Michael Phelps, Sr. for violation of the Missouri Merchandising Practices Act, we find in favor of:

   __*Walter*_____          _____
   Plaintiff Lela Walter          OR          Defendant the Estate of D. Michael Phelps, Sr.

2. If you found in favor of plaintiff Lela Walter on Question No. 1, then you must determine her actual damages.

   We find defendant the Estate of D. Michael Phelps, Sr. liable for actual damages, as defined in Instruction No. 21, in the amount of:

   $ __*26,600*__

3. If you found in favor of plaintiff Lela Walter and against defendant the Estate of D. Michael Phelps, Sr. in Question No. 1, is defendant the Estate of D. Michael Phelps, Sr. liable for punitive damages.

   Yes __*Yes*__          OR          No_____

4. On the claim of plaintiff Lela Walter against defendant Clarion Mortgage Capital, Inc. for

39

violation of the Missouri Merchandising Practices Act, we find in favor of:

__Walter_____
Plaintiff Lela Walter           OR           Defendant Clarion Mortgage Capital, Inc.

5. If you found in favor of plaintiff Lela Walter on Question No. 4, then you must determine her actual damages.

We find defendant Clarion Mortgage Capital, Inc. Is liable for actual damages, as defined in Instruction No. 25, in the amount of:

$ __4,600__

6. If you found in favor of plaintiff Lela Walter and against defendant Clarion Mortgage Capital, inc. in Question No. 3, is defendant Clarion Mortgage Capital, Inc. liable for punitive damages.

Yes __Yes__           OR           No_____

7. On the claim of plaintiff Lela Walter against defendant Marie Ann Gunja for violation of the Missouri Merchandising Practices Act, we find in favor of:

_____ __Gunja_____
Plaintiff Lela Walter           OR           Defendant Marie Ann Gunja

8. If you found in favor of plaintiff Lela Walter on Question 7, then you must determine her actual damages. __N/A__

We find defendant Marie Ann Gunja is liable for actual damages, as defined in Instruction No. 29, in the amount of:

$ _____

9. If you found in favor of plaintiff Lela Walter and against defendant Marie Ann Gunja in Question No. 5, is defendant Marie Ann Gunja liable for punitive damages.

Yes_____ __N/A__ OR           No_____

DATED: __1/8/10__                    __W. McCullough__
                                            Foreperson

~~38~~
40

Case 4:08-cv-00536-GAF   Document 142   Filed 01/08/10   Page 5 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LELA WALTER, )
)
        Plaintiff, )
)
vs. ) Case No. 08-0536-CV-W-GAF
)
CLARION MORTGAGE CAPITAL, )
INC., et al., )
)
        Defendants. )

### VERDICT FORM C

*Note: Please complete Question Nos. 1 and 2 by filling in an amount of money as indicated below.*

1. We assess punitive damages against defendant the Estate of D. Michael Phelps, Sr. at:

    $ ~~32,900~~ 32,900 (write in the amount or, if none, write the word "none").

2. We assess punitive damages against defendant Clarion Mortgage Capital, Inc. at:

    $ 95,400 (write in the amount or, if none, write the word "none").

DATED: 1/8/2010

        W. McCullough
        Foreperson