IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LELA WALTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-0536-CV-W-GAF |
| | ) |
| CLARION MORTGAGE CAPITAL, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is Defendant Clarion Mortgage Capital, Inc.'s ("Clarion") Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial or, in the Alternative, Remittitur. (Doc. #155). Clarion presents multiple arguments for why the Court should either overturn the jury's verdict, grant a new trial, or order a remittitur of the damages awarded against it. *Id.* None of Clarion's arguments have merit.

Instructions to the jury were based on model instructions closely tailored to conform the particular facts of this case to relevant law; there was undoubtedly sufficient evidence to support the jury's verdict; and the jury's award of punitive damages is well within the range of those allowed by due process. Thus, granting Clarion judgment as a matter of law, a new trial, or remittitur would be inappropriate and contrary to the law. Accordingly, it is

**ORDERED** that Clarion's Motion is **DENIED**.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 23, 2010

1