## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| LELA WALTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0536-CV-W-GAF |
| | ) | |
| CLARION MORTGAGE CAPITAL, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently before the Court is Plaintiff Lela Walter's ("Plaintiff") Bill of Costs (Doc. #147), Defendant Clarion Mortgage Capital, Inc.'s ("Clarion") Bill of Costs (Doc. #157), and Defendant Marie Ann Gunja's ("Gunja") Bill of Costs (Doc. #149). Upon consideration and pursuant to Fed. R. Civ. P. 54(d), it is

**ORDERED** that Plaintiff's Bill of Costs against Clarion and Defendant Dan S. Spencer, Special Administrator of the Estate of D. Michael Phelps, Sr. ("Phelps") (Doc. #147) and Gunja's Bill of Costs (Doc. #149) are **GRANTED**.

**IT IS FURTHER ORDERED** that Clarion's Bill of Costs (Doc. #157) is **DENIED**.

**FINALLY, IT IS ORDERED** that Clarion and Phelps are jointly and severally liable for costs set forth in Plaintiff's Bill of Costs (Doc. #147). *See MVC Constr., Inc. v. Treadway*, 898 P.2d 993, 999 (Ariz. Ct. App. 1995); *see also* 20 C.J.S. *Costs* § 55 (2009).

                                                              s/ Gary A. Fenner
                                                              Gary A. Fenner, Judge
                                                              United States District Court

DATED: April 22, 2010